# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| RAFAEL ARROYO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AVR SAN JOSE DOWNTOWN HOTEL LLC,<br><br>　　　　Defendant. | Case No. 21-cv-00342-BLF<br><br>**JUDGMENT** |

Plaintiff's First Amended Complaint having been dismissed with prejudice,

It is hereby ordered and adjudged that Plaintiff take nothing by this action and that Judgment is entered for Defendant and against Plaintiff.

**IT IS SO ORDERED.**

Dated: September 23, 2021

_____
BETH LABSON FREEMAN
United States District Judge